**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 8:03CR269** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| **TIBRUSIO MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's “Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody” (Filing No. 27) is dismissed, with prejudice.

DATED this 10th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge